

# NUMBER 13-15-00066-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE FRED ADKINS

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Perkes, Benavides, and Longoria
### Per Curiam Order

Relator, Fred Adkins, filed a petition for writ of mandamus in the above cause on February 9, 2014 contending that the trial court abused its discretion in setting aside a jury verdict. Relator requests that this Court conduct a merits-based review of the trial court's order granting a new trial. *See, e.g., In re Toyota Motor Sales, U.S.A., Inc.*, 407 S.W.3d 746, 755–59 (Tex. 2013) (orig. proceeding); *see also In re Whataburger Restaurants LP*, 429 S.W.3d 597, 598 (Tex. 2014) (orig. proceeding) (per curiam); *In re Health Care Unlimited, Inc.*, 429 S.W.3d 600, 602 (Tex. 2014) (orig. proceeding) (per curiam).

The Court requests that the real party in interest, Antonio Gutierrez Tingle, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of March, 2015.